IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01815-WJM-CBS

SUOMEN COLORIZE OY,

Plaintiff,

v.

DISH NETWORK L.L.C,
ECHOSTAR SATELLITE, L.L.C.,
DISH NETWORK CORPORATION,
ECHOSTAR CORPORATION, and
ECHOSTAR TECHNOLOGIES, L.L.C.,

The Defendants.

---

**PLAINTIFF'S NOTICE OF DISMISSAL UNDER RULE 41(a)(1)(A)(i)**

---

Plaintiff SUOMEN COLORIZE OY ("Plaintiff") hereby voluntarily dismisses this civil action, without prejudice, pursuant to Rule 41(a)(1)(A)(i) before defendants DISH NETWORK L.L.C, ECHOSTAR SATELLITE, L.L.C., DISH NETWORK CORPORATION, ECHOSTAR CORPORATION, and ECHOSTAR TECHNOLOGIES, L.L.C. (collectively, the "DISH Defendants") file an answer or a motion for summary judgment in this case. Plaintiff has not previously dismissed any federal-or state-court action based on or including the same claims.

DISH Defendants filed a Motion to Transfer to this Court from the District Court for the Middle District of Florida and have filed a first and a second Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(6) and have not filed an answer or a motion for summary judgment in this case. DISH Defendants have not filed any counterclaims in this case.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment, and pursuant to Fed. R. Civ. P. 41(a)(1)(B), unless the notice states otherwise or Plaintiff has previously dismissed any federal-or state-court action based on or including the same claims, the dismissal is without prejudice. Here, the notice states that this voluntary dismissal is without prejudice and Plaintiff has not previously dismissed any federal-or state-court action based on or including the same claims as present in this case. Therefore, Plaintiff's voluntary dismissal is without prejudice.

Dated: January 10, 2012

/s/ Christopher Paradies
Christopher Paradies
G. Calvin Hayes
FOWLER WHITE BOGGS P.A.
P.O. Box 1438
501 East Kennedy Blvd.
Tampa, FL 33601
Telephone: (813) 222- 1190
cparadies@fowlerwhite.com
calvin.hayes@fowlerwhite.com
Attorneys for Suomen Colorize Oy

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 10, 2012, I electronically filed the foregoing by using the CM/ECF system and that the notice of electronic filing was sent by electronic filing to G. Hopkins Guy, Ben Hofileña, Alyssa Caridis and Ric Fukushima of Orrick, Herrington & Sutcliffe LLP and Peter Korneffel, Jr. of Brownstein Hyatt Farber Schreck.

s/Christopher Paradies
Christopher Paradies
FOWLER WHITE BOGGS P.A.
P.O. Box 1438
501 East Kennedy Blvd.
Tampa, FL 33601
Telephone: (813) 222- 1190
cparadies@fowlerwhite.com